# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THE STATE OF FLORIDA, ex rel.,

    Plaintiffs,

v.        CASE NO. 4:05cv257-RH/WCS

ALPHARMA, INC., et al.,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS

The Alpharma and IVAX defendants' unopposed motion to stay (document 20) is GRANTED. All proceedings in this action are stayed until the earlier of (1) entry of a transfer order by the Judicial Panel on Multidistrict Litigation or (2) 10 days after entry of an order denying transfer.

SO ORDERED this 30th day of August, 2005, nunc pro tunc August 29, 2005.

        s/Robert L. Hinkle
        Chief United States District Judge