


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

SARAH THORNTON
CLERK

Matthew A. Paine
DEPUTY CLERK

August 31, 2005

Mr. William M. McCool, Clerk
United States District Court
322 United States Courthouse Annex
111 North Adams Street
Tallahassee, FL 32301

        IN RE: <u>MDL DOCKET No. 1456</u>   In Re: Pharmaceutical Industry Average
                   Wholesale Price Litigation
            USDC - Massachusetts <u>Lead</u> Case No. 1:01CV12257-PBS
            Your Case Civil Action No. 4:05-cv-00257-RH-WCS
                District of MA No.1:05-cv-11795-PBS

Dear Mr. McCool:

      Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407.  These cases have been assigned to the Honorable Patti B. Saris.

      In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above.  Also include a copy of this letter when transmitting your records to the above address.

      Your prompt attention to this matter is greatly appreciated.  If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9131, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at  617-748-9178.

                                                      Sincerely,

                                                      Matthew A. Paine
                                                     Deputy Clerk

Information Copy to:     Michael Beck, Clerk of the Panel
                             Counsel of Record
                             Robert Alba
                             Christine Patch

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

05 SEP -6 PM 1: 23

FILED

A CERTIFIED TRUE COPY

AUG 2 5 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1456

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-25)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 59 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ~~ALM 2 05-647~~ | ~~State of Alabama v. Abbott Laboratories, Inc., et al.~~ CTO Vacated 8/19/05 |
| **FLORIDA NORTHERN** | |
| FLN 4 05-257 | State of Florida ex rel., et al. v. Alpharma, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ~~ILN 1 05-4056~~ | ~~The People of the State of Illinois v. Alpharma, Inc., et al.~~ Opposed 8/24/05 |
| **KENTUCKY EASTERN** | |
| ~~KYE 3 05-47~~ | ~~Commonwealth of Kentucky, etc. v. Alpharma, Inc., et al.~~ Opposed 8/24/05 |
| ~~KYE 3 05-48~~ | ~~Commonwealth of Kentucky, etc. v. Abbott Laboratories, Inc.~~ Opposed 8/24/05 |
| ~~KYE 3 05-49~~ | ~~Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.~~ Opposed 8/24/05 |
| **MINNESOTA** | |
| ~~MN 0 05-1394~~ | ~~State of Minnesota, etc. v. Pharmacia Corp.~~ Opposed 8/25/05 |
| **NEW YORK NORTHERN** | |
| ~~NYN 1 05-872~~ | ~~People of the State of New York, etc. v. Pharmacia Corp~~. Opposed 8/25/05 |
| ~~NYN 1 05-873~~ | ~~The People of the State of New York, etc. v. Aventis Phamaceuticals, Inc.~~ Opposed 8/25/05 |
| ~~NYN 1 05-874~~ | ~~The People of the State of New York, etc. v. GlaxoSmithkline, PLC, et al.~~ Opposed 8/25/05 |
| **PENNSYLVANIA EASTERN** | |
| ~~PAE 2 05-3604~~ | ~~Commonwealth of Pennsylvania, etc. v. Tap Pharmaceutical Products, Inc., et al.~~ Opposed 8/22/05 |
| **WISCONSIN WESTERN** | |
| ~~WIW 3 05-408~~ | ~~State of Wisconsin v. Abbott Laboratories, et al.~~ Opposed 8/24/05 |

